# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

JOSEPH R. RIZOS
*Defendant*

MAGISTRATE JUDGE: Leda Dunn Wettre

CASE NO. 26-10093

DATE OF PROCEEDINGS: August 26. 2026

DATE OF ARREST: ______

**PROCEEDINGS:** Initial Appearance

- [ ] COMPLAINT
- [x] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [x] PRELIMINARY HEARING WAIVED ON THE RECORD
- [ ] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED
- [x] OTHER: Notice of Appearance: Brian Neary for Deft.

- [x] ORDER OF DETENTION
- [x] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET: ______
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [x] BRADY ORDER ON THE RECORD
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG. — DATE: ______
- [ ] DETENTION/BAIL HRG. — DATE: ______
- [ ] TRIAL: [ ] COURT [ ] JURY — DATE: ______
- [ ] SENTENCING — DATE: ______
- [ ] OTHER: ______ — DATE: ______

**APPEARANCES:**

AUSA: ~~Casey Smith~~ Vincent Romano

DEFT. COUNSEL: Brian Neary, Esq.

PROBATION: ______

INTERPRETER ______
Language:

TIME COMMENCED: 329 pm.
TIME TERMINATED: 335 pm
CD NO: ECR

Lorraine McNerney
DEPUTY CLERK