UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOSEPH R. RIZOS, 26-mj-10093

---

# PETITION FOR WRIT OF HABEAS CORPUS

(**X**) Ad Prosequendum ( ) Ad Testificandum

1. Joseph R. Rizos (hereinafter the "Detainee") is now confined at the Morris County Correctional Facility.

2. The Detainee is

   charged in this District by: ( ) Indictment ( ) Information (**X**) Complaint with violations of 18 U.S.C. § 842(a)(3)(A), 844(a)(1); 18 U.S.C. § 842(j), 844(b); and 18 U.S.C. § 842(n)(1), 844(a)(1).

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee is required to appear in person before the Duty Magistrate Judge, for an initial appearance on Wednesday, August 26, 2026, at 2:00 p.m. in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: August 19, 2026

*/s/ Casey S. Smith*
Casey S. Smith
Assistant U.S. Attorney
Petitioner

---

**O R D E R**

Let the Writ Issue.

DATED: August 19, 2026

Hon. Cari Fais, U.S.M.J.

---

**W R I T O F H A B E A S C O R P U S**

The United States of America to Warden of the Morris County Correctional Facility:

WE COMMAND YOU that you have the body of

JOSEPH R. RIZOS,

now confined at the Morris County Correctional Facility, brought before the United States District Court, Duty Magistrate Judge, on Wednesday, August 26, 2026, at 2:00 p.m., for an initial appearance in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Cari Fais
United States Magistrate Judge
Newark, New Jersey.

DATED: August 19, 2026

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: ______________________
Deputy Clerk